ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**REEDHYCALOG UK, LTD. and ReedHycalog LP, Plaintiffs–Appellees,**

v.

**DIAMOND INNOVATIONS, INC., Defendant–Appellant.**

**No. 2011–1010.**

United States Court of Appeals, Federal Circuit.

Jan. 19, 2011.

Danny L. Williams, Williams, Morgan & Amerson, P.C., Houston, TX, for Plaintiffs–Appellees.

Elaine P. Spector, Drinker, Biddle & Reath LLP, Washington, DC, for Defendant–Appellant.

ON MOTION

*ORDER*

Upon consideration of the parties' "Stipulated Dismissal of Appeal," which the court treats as a joint motion to voluntarily dismiss this appeal from *ReedHycalog UK, Ltd. v. Diamond Innovations, Inc.,* case no. 08–CV–0325, (E.D.Tex.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**SHARED MEMORY GRAPHICS LLC, Plaintiff–Appellant,**

v.

**APPLE INC., Samsung Electronics Co., Samsung Telecommunications America, LLC, Samsung Semiconductor, Inc., Samsung Electronics America, Inc., and Samsung Austin Semiconductor, L.L.C., Defendants–Appellees,**

and

**Nintendo of America, Inc. and Nintendo Co., Ltd., Defendants–Appellees,**

and

**Sony Corporation of America, Sony Computer Entertainment America, Inc., Sony Corporation, Sony Computer Entertainment Inc., and Sony Semiconductor Kyushu Corporation, Ltd., Defendants–Appellees.**

**No. 2011–1154.**

United States Court of Appeals, Federal Circuit.

Jan. 21, 2011.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Jacent L. WINSTON, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2011–7024.

United States Court of Appeals, Federal Circuit.

Feb. 4, 2011.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Sean JOSEPH, Plaintiff–Appellant,**

v.

**GMAC MORTGAGE, LLC, Defendant–Appellee.**

No. 2011–1071.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2011.

Before LOURIE, GAJARSA, and LINN, Circuit Judges.

### ON MOTION

PER CURIAM.

### ORDER

GMAC Mortgage, LLC moves without opposition to transfer this case, involving alleged violations of the Truth in Lending Act, Fair Debt Collection Practices Act, and the Real Estate Settlement Procedures Act, to the United States Court of Appeals for the Eleventh Circuit.

We agree that this case does not fall within this court's jurisdiction. 28 U.S.C. § 1295. Thus, we transfer the appeal pursuant to 28 U.S.C. § 1631.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. This case is transferred to the United States Court of Appeals for the Eleventh Circuit.